**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FELIX APONTE,

                Plaintiff,                14 **CIVIL** 3989 (KMK)

    -against-                       **JUDGMENT**

ADA PEREZ, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 27, 2020, Defendants' motion for summary judgment is partially granted, and judgment is entered of nominal damages of $1 to Plaintiff for his detainment between June 6 and June 20, 2008; accordingly, this case is closed.

**Dated:** New York, New York
         May 27, 2020

                                               RUBY J. KRAJICK
                                               _____
                                                   Clerk of Court
                               BY:
                                               _____
                                                   Deputy Clerk