UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Felix Aponte, Pro Se,

                       Plaintiff,                    14 CV 03989 (KMK)

-v-                                             CALENDAR NOTICE

Ada Perez
Superintendent Downstate Corr. Fac.,
et al.,

                       Defendants.

-------------------------------------------------------X

KENNETH M. KARAS, District Judge:

    Please take notice that the above captioned action has been scheduled for a status conference before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday, September 13, 2023 at 10:30 a.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time: Meeting Dial-In Number (USA toll-free): (888) 363-4749 Access Code: 7702195 Please enter the conference as a guest by pressing the pound sign (#). Counsel involved in any pro se cases shall mail a copy of this Notice to or otherwise inform the pro se party of the above teleconference information. Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

Dated: August 29, 2023
       White Plains, New York

So Ordered

Kenneth M. Karas, U.S.D.J